# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID GIBBONS,<br><br>    Plaintiff,<br><br>    v.<br><br>LG CHEM, LTD., and others,<br><br>    Defendant. | Case No. 13-cv-01397 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Gonzalez Rogers to determine whether it is related *In re Lithium Ion Batteries Antitrust Litigation*, Case No. 13-md-02420 YGR.

IT IS SO ORDERED.

Date: April 1, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge